857 A.2d 176

IN THE MATTER OF PAUL J. PASKEY, AN ATTORNEY AT LAW.

September 21, 2004.

## ORDER

The Disciplinary Review Board having filed with the Court its decisions in DRB 03–308 and DRB 04–019, concluding that **PAUL J. PASKEY,** formerly of **BAYONNE,** who was admitted to the bar of this State in 1983, and who has been suspended from the practice of law since May 9, 2002, by Orders of the Court filed on May 9, 2002, September 18, 2002, December 11, 2002, and February 28, 2003, should disciplined for multiple violations of *RPC* 1.1(a)(gross neglect), *RPC* 1.1(b)(pattern of neglect), *RPC* 1.3(lack

of diligence), *RPC* 3.2(failure to expedite litigation), *RPC* 1.4(a)(failure to communicate with client), *RPC* 8.1(b)(failure to cooperate with disciplinary authorities) and *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation), and for violation of Rule 1:20–20(b)(15);

And **PAUL J. PASKEY** having failed to appear on the return date of the Order to Show Cause issued in this matter,

And the Court having determined that on the basis of respondent's extensive ethics history and the record in this matter, which demonstrates respondent's abandonment of his clients, that disbarment is required. *In re Kantor,* 180 *N.J.* 226, 850 *A.*2d 473 (2004);

And good cause appearing;

It is ORDERED that **PAUL J. PASKEY** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that **PAUL J. PASKEY** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 governing disbarred attorneys; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **PAUL J. PASKEY** pursuant to *Rule* 1:21–6, which were restrained from disbursement by Order of the Court filed May 9, 2002, shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.